UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
FRANK SAMUEL DRAYTON, :
: 17 Civ.5440 (KMK)
Plaintiff, :
:
- against - :
:
WILLIAM YOUNG, JR., MICHAEL DAVIS, :
GEORGE MENDEZ, JASON GORR, :
:
Defendants. :
------------------------------------------------------------ X

## **NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Daphna Frankel, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for Defendant William Young, Jr. ("Defendant") in the above-entitled action, hereby withdraw as an attorney of record for the Defendants, as I am transferring to a new bureau in the Office and am no longer assigned to the defense of this case on the Attorney General's behalf. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-referenced matter, and this matter will continue to be handled by Assistant Attorney General Jessica Acosta-Pettyjohn.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated:     New York, New York        Respectfully submitted,
           July 17, 2020

                                     LETITIA JAMES
                                     Attorney General
                                     State of New York
                                     <u>Attorney for Defendant</u>

                                     By:

                                     <u>/s/Daphna Frankel</u>
                                     Daphna Frankel
                                     Assistant Attorney General
                                     28 Liberty Street
                                     New York, New York 10005
                                     Tel: (212) 416-8572
                                     Email: daphna.frankel@ag.ny.gov


IT IS SO ORDERED.

Dated: __July 17_____, 2020   _____
                                     HON. KENNETH M. KARAS
                                     UNITED STATES DISTRICT JUDGE

**DECLARATION OF SERVICE**

DAPHNA FRANKEL, pursuant to 28 U.S.C. 1746, declares under penalty of perjury as follows:

That on July 17, 2020, I mailed a copy of the annexed NOTICE OF WITHDRAWAL to be served on the plaintiff by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a receptacle maintained by the United States Postal Service, upon the following person:

Frank Samuel Drayton
DIN 16-A-5226
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13024

*/s/ Daphna Frankel*
Daphna Frankel
Assistant Attorney General

Executed on July 17, 2020