UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK SAMUEL DRAYTON,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILLIAM YOUNG, JR., *et al.*,<br><br>                    Defendants. | No. 17-CV-5440 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

On October 17, 2019, the Parties appeared before the Court for a status conference, at which the Court set a deadline for the Parties' submission of a pre-trial order and related materials. (Dkt. (minute entry for Oct. 17, 2019).) On December 13 and 16, 2019, the Parties filed certain of these documents, including Defendants' Motion in Limine (the "Motion"). (Dkt. Nos. 150, 152, 154–56, 158–60, 163.) On December 23, 2019, Plaintiff filed a Response to the Motion. (Dkt. No. 165.) On January 13, 2020, Defendants filed a fully-executed Joint Pre-Trial Order. (Dkt. No. 167–68.)

On March 13, 2020, Chief Judge Colleen McMahon issued a Standing Order continuing all civil and criminal jury trials scheduled to begin before April 27, 2020 in the Southern District of New York, due to the COVID-19 pandemic. (*See* Standing Order (Mar. 13, 2020), *available at* https://nysd.uscourts.gov/sites/default/files/2020-03/20%20MISC%20154a%20(002)%20-%20In%20Re%20Coronavirus-COVID-19%20Pandemic.pdf.) The suspension was subsequently extended until June 1, 2020, and then again "suspended until further order of the court" on April 20, 2020. (*See* Standing Order (Apr. 20, 2020), available at https://nysd.uscourts.gov/sites/default/files/2020-04/STANDING%20ORDER_%20In%20re_%20CORONAVIRUS_COVID_19%20PANDEMI

C_%20This%20Matter%20Relates%20To_%20Suspension%20of%20Jury%20Trials%20and%20Other%20Limitation%20of%20COurt%20Operations_Third%20Standing%20Ord.pdf.)

The Court has recently resumed scheduling of jury trials, but the process remains delayed due to capacity restrictions and social distancing obligations. As such, the Parties are directed to submit a joint letter within 30 days of the date of this Order updating the Court on the status of this Action and suggesting preferred dates over the coming months for trial.

The Clerk of Court is respectfully directed to terminate the pending Motion, (Dkt. No. 158), which will be renewed once a date for trial has been set.

SO ORDERED.

DATED:   September 28, 2020
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE