UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Civil Cases

21-CV-1571
18-CV-5736
19-CV-3443
21-CV-1276
20-CV-5444
18-CV-10913
17-CV-5440
20-CV-4186
18-CV-9131
20-CV-276
20-CV-9642
21-CV-1079
20-CV-10554
21-CV-693
21-CV-578
20-CV-3280
19-CV-11241
20-CV-4406
19-CV-7448
21-CV-565

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of April 5, 2021, the Court will hold all civil conferences, hearings, and/or

oral arguments by telephone.  Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Given that much of the Court is operating remotely and has limited mail capability,

counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the

pro se party of the above teleconference information.  Counsel in any pro se inmate cases shall

ensure that the pro se party is on the line before calling the above-referenced number.

For initial conferences, counsel shall submit a proposed case management and discovery schedule via ECF by 5 p.m. on the evening *before* the initial conference.

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:    April 2, 2021
          White Plains, New York

_____
          KENNETH M. KARAS
          United States District Judge

2