# O'Melveny

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**MEMO ENDORSED** File Number:

Jonathan Rosenberg
D: +1 212 408 2409
jrosenberg@omm.com

June 17, 2021

BY ECF

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas St.
White Plains, NY 10601-4150

**Re:   Drayton v. Young, et al., Case No. 7:17-CV-5440**

Dear Judge Karas:

We represent Plaintiff Frank Drayton, and respectfully submit this letter on behalf of all parties to request that the Court adjourn the June 22, 2021 status conference until September 2021, after the close of fact discovery that Magistrate Judge Davison is overseeing. The parties have not previously made such a request.

We appreciate the Court's attention to this request.

\* \* \*

Respectfully,

/s/ Jonathan Rosenberg

Jonathan Rosenberg

*Granted. The Court will hold a conference via telephone on September 21, 2021 at 10:00 AM.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/18/2021