**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge                                      September 14, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drayton<br><br>                          Plaintiff(s),<br><br>        *- against -*<br><br>Young<br><br>                          Defendant(s). | **AMENDED<br>SCHEDULING ORDER**<br>7:17-cv-07440-KMK-PED |

      **PLEASE NOTE: THE TELEPHONE CONFERENCE SCHEDULED FOR 9/24/21 AT 9:30 AM IS ADJOURNED.**

    The Court has scheduled a **Settlement Conference** before the **Honorable Paul E. Davison**, United States Magistrate Judge, on **September 27, 2021  at 2:30 p.m.**

    **Please note Judge Davison's COVID-19 Order** (docketed separately) setting forth procedures applicable to all civil cases.
*Counsel should have either: full independent settlement authority; principals present; or principals readily available by telephone.*

    Counsel are encouraged, but not required, to submit a confidential, *ex parte* letter to the Court, not to exceed 5 pages in length, no later than two (2) business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.  **Until further notice,** any such *ex parte* letter must be emailed to: ChambersNYSDDavison@nysd.uscourts.gov.  Counsel shall notify all other parties of their intention to submit an *ex parte* letter no later than one week prior to the conference.

**PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:**9/14/21**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge

9/14/21