**MEMO ENDORSED**          **O'Melveny**

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

File Number:

September 20, 2021

Jonathan Rosenberg  
D: +1 212 408 2409  
jrosenberg@omm.com

The Honorable Kenneth M. Karas  
United States District Judge  
300 Quarropas St. White Plains,  
NY 10601-4150

Re: *Drayton v. Young, et al., Case No. 7:17-CV-5440*

Dear Judge Karas:

As the Court is aware, this case was referred to Magistrate Judge Davison for general pretrial matters, including scheduling, discovery, and settlement. A settlement conference before Judge Davison is scheduled for September 27, 2021. Because this matter is still before Judge Davison, the parties jointly request an adjournment of the September 21 conference before Your Honor.

Sincerely,

/s/ Jonathan Rosenberg

Jonathan Rosenberg  
Partner  
of O'MELVENY & MYERS LLP

JR

Granted. The Court will hold a teleconference on November 10, 2021 at 12:00 PM

SO ORDERED  
KENNETH M. KARAS U.S.D.J.  
9/20/2021