**MEMO ENDORSED**

# O'Melveny

| | | |
|---|---|---|
| O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537 | T: +1 212 326 2000<br>F: +1 212 326 2061<br>omm.com | File Number: |

October 7, 2021

**Hannah Y. Chanoine**
D: +1 212 326 2128
hchanoine@omm.com

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re:     *Drayton v. Young, et al.*, No. 7:17-cv-5440

Dear Judge Karas:

We represent Plaintiff Frank Drayton, and respectfully submit this letter on behalf of all parties to request that the Court stay all deadlines in this Court's May 10, 2021 scheduling order (ECF No. 197) and adjourn the November 10, 2021 status conference. Magistrate Judge Davison suggested that the parties request this stay and adjournment to allow the parties to mediate the case before him on November 23, 2021, without potentially undermining settlement efforts by devoting more time and resources to litigating this case and preparing it for trial.

The parties requested a settlement conference before Judge Davison in a September 10, 2021 letter. Judge Davison originally scheduled the settlement conference for September 27, 2021. The Attorney General's office, who represents Defendant William Young, subsequently informed the parties and Judge Davison that it will need until November 19, 2021 to obtain the approvals and settlement authority necessary for it to participate in a productive settlement discussion. Judge Davison therefore suggested yesterday that the parties ask Your Honor to stay the discovery schedule until after the settlement conference.

The requested stay would not affect the deadlines for fact discovery, because the parties have completed depositions and fact discovery (with the exception of Defendant Young's deposition of one of Plaintiff's treating physicians, which has been scheduled for October 27, 2021 to accommodate the physician's schedule). It would only stay the following expert discovery deadlines pending settlement discussions:

- October 8, 2021: Deadline for Plaintiff to serve expert reports.

- October 29, 2021: Deadline for Defendants to complete deposition of Plaintiff's experts.

- November 29, 2021: Deadline for Defendants to serve rebuttal expert reports.

- December 20, 2021: Deadline for Plaintiff to complete depositions of Defendants' experts.

O'Melveny

If the November 23 conference before Judge Davison does not result in settlement, the parties will promptly meet and confer and submit a revised scheduling order to the Court.

Respectfully,

/s/ Hannah Y. Chanoine

Hannah Y. Chanoine

cc: All Counsel of Record (via ECF)

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

10/7/2021

2